## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JERITON LAVAR CURRY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-25-114-J |
| | ) |
| FNU GOLDEY, | ) |
| | ) |
| Respondent. | ) |

### ORDER

      Petitioner, a federal prisoner appearing pro se, filed a petition for writ of habeas relief under 28 U.S.C. § 2241 [Doc. No. 1] and a motion for leave to proceed in forma pauperis [Doc. No. 5]. The matter was referred for initial proceedings to United States Magistrate Judge Suzanne Mitchell consistent with 28 U.S.C. § 626(b)(1)(B), (C). On preliminary review, Judge Mitchell found Petitioner had sufficient funds to pay the $5.00 filing fee and recommended that his motion for leave to proceed in forma pauperis be denied. [Doc. No. 7]. Petitioner filed a motion to amend his habeas petition but did not object to Judge Mitchell's Report and Recommendation. [Doc. No. 8]. Petitioner has therefore waived his right to appellate review of the factual and legal issues addressed therein. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

      Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 7], DENIES Petitioner's motion for leave to proceed in forma pauperis [Doc. No. 5], and ORDERS Petitioner to pay the $5.00 filing fee in full within twenty-one days, or no later than April 14, 2025. Petitioner is advised that if he does not pay the full $5.00 filing fee on or before that date, this action will be dismissed without prejudice. If payment is received, the Court will address Petitioner's motion to amend.

2

IT IS SO ORDERED this 24th day of March, 2025.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE

2